# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

THOMAS RODNEY DOOLY, JR.    DOCKET NO. 5:16-cv-1319; SEC. "P"

VERSUS          JUDGE ELIZABETH E. FOOTE

JERRY GOODWIN       MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons assigned in the Report and Recommendations [Record Documents 7 & 9] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's Motion to Withdraw [Record Document 8] be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the § 2241 petition is hereby construed as one arising under § 2254 and is **DENIED** and **DISMISSED** with prejudice as time-barred under § 2244.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of _____, 2017.

              _____

               **ELIZABETH E. FOOTE**
            **UNITED STATES DISTRICT JUDGE**